KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

USBC, CENTRAL DISTRICT OF CALIFORNIA
FINANCIAL SERVICES DEPARTMENT
c/o FSD SUPERVISOR
255 E. TEMPLE ST., ROOM #1067
LOS ANGELES, CA 90012

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

**To**: CLERK, UNITED STATES BANKRUPTCY COURT

**Re**: UNDISTRIBUTED FUNDS - 3011

**Case No.**: **LA12-13357-SK**

**Debtor(s)**: Michael Castruita
1114 Holmar Avenue
Azusa, CA 91702

Dorothy Castruita (Co-Debtor)

Explanation of Source:    Transmitted herewith for deposit into the Court registry is the check identified below. Payee(s) have failed to timely negotiate the issued check(s) and/or provide alternative contact information to the Trustee to facilitate a successful negotiation of the funds. Consequently, this check represents undistributed funds in the above referenced matter.

| PAYEE | AMOUNT |
|---|---|
| CHRISTOPHER COLE<br>1142 S. DIAMOND BAR BLVD #102<br>DIAMOND BAR, CA 91765 | $1,028.98 |

DATED: May 17, 2017

*Kathy A. Dockery* (signature)

Kathy A. Dockery
Chapter 13 Trustee